IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>DENNIS J. WILLIAMSON, )<br>)<br>PAMELA L. WILLIAMSON, )<br>)<br>PENNSYLVANIA DEPARTMENT OF )<br>REVENUE, )<br>)<br>MORTGAGE ELECTRONIC )<br>REGISTRATION SYSTEMS, INC. AS )<br>NOMINEE FOR THE CIT GROUP )<br>CONSUMER FINANCE, INC., )<br>)<br>HSBC BANK USA, N.A., )<br>AS TRUSTEE FOR THE REGISTERED )<br>HOLDERS OF NOMURA HOME )<br>EQUITY LOAN, INC., ASSET-BACKED )<br>CERTIFICATES, SERIES 2006-HE3, )<br>)<br>Defendants. ) | Civil No. 2:11-cv-00246-GLL |

ORDER

And now, this ___ day of June, 2011, on consideration of the United States' motion for leave to amend ADR stipulation, it is

ORDERED that the motion is granted;

/ /

ORDERED that the United States may amend the ADR stipulation filed in this proceeding to certify that its counsel of record will attend the ADR Process, and that an official with final settlement authority will be available by phone.

_____
United States District Judge