IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DENNIS J. WILLIAMSON, PAMELA ) <br> WILLIAMSON, PENNSYLVANIA ) <br> DEPARTMENT OF REVENUE, ) <br> MORTGAGE ELECTRONIC ) <br> REGISTRATON SYSTEMS, INC. AS ) <br> NOMINEE FOR THE CIT GROUP ) <br> CONSUMER FINANCE, INC., and HSBC ) <br> BANK USA, N.A. AS TRUSTEE FOR THE) <br> REGISTERED HOLDERS OF NOMURA ) <br> HOME EQUITY LOAN, INC. ASSET- ) <br> BACKED CERTIFICATES, SERIES ) <br> 2006-HE3, ) <br> ) <br> Defendants. ) | Case No. 2:11-cv-00246-GLL |

**Notice of Withdrawal of Counsel for Defendant HSBC as Trustee**

To the Clerk:

Kindly withdraw my appearance on behalf of Defendant HSBC Bank USA, N.A. as Trustee for the Registered Holders of Nomura Home Equity Loan, Inc. Asset-Backed Certificates, Series 2006-HE3. Christopher Lovato, Esq., entered his appearance on behalf of this party on the docket on July 26, 2011.

July 29, 2011

Respectfully Submitted:

/s/ Linda A. Michler
Linda A. Michler, Esquire
Pa. I. D. 53518
2400 Oxford Dr., #153
Bethel Park, PA 15102
(412) 854-4315

SO ORDERED, this 1st day of August, 2011.

_____, C.J.