IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>DENNIS J. WILLIAMSON, )<br>et al. )<br>)<br>Defendants. ) | Civil No. 2:11-cv-00246-GLL<br><br>Re: Docket No. 18 |

## NOTICE OF PARTIAL WITHDRAWAL OF MOTION

The United States of America hereby withdraws a portion of its prior motion for entry of default judgment and for judgment on the pleadings. Specifically, in light of the amended complaint filed by defendant HSBC Bank USA, N.A. ["HSBC"] the United States withdraws its request for judgment on the pleadings against HSBC. The United States is not withdrawing that portion of the motion seeking entry of default judgments against the other defendants to this action. Further, the United States will shortly be filing a motion for partial summary judgment with respect to its priority viz-a-viz that of HSBC seeking the same relief requested by the withdrawn portion of the motion for judgment on the pleadings.

Date: August 8, 2011

Respectfully submitted,

JOHN A. DICICCO
Principal Deputy Assistant Attorney General

/s/ Yonatan Gelblum
YONATAN GELBLUM
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 305-3136
Facsimile: (202) 514-6866
Email: Yonatan.Gelblum@usdoj.gov

SO ORDERED, this 26 day of August, 2011.

_____, C.J.
Hon. Gary L. Lancaster,
Chief U.S. District Judge