IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil No. 2:11-cv-00246-GLL |
| ) | |
| DENNIS J. WILLIAMSON, ) | |
| et al. ) | |
| ) | |
| Defendants. ) | |

## ORDER

AND NOW, this 3rd day of October, 2011, upon consideration of the United States' consent motion to extend deadlines for Discovery and Mediation, IT IS HEREBY ORDERED that the motion is GRANTED and the parties shall complete both fact discovery and their selected Alternate Dispute Resolution Process by December 12, 2011.

IT IS FURTHER ORDERED that the Post-Discovery Status Conference, set for November 9, 2011, will now be held on Thursday, December 15, 2011 at 4:30 p.m..

BY THE COURT:

_____
Hon. Gary L. Lancaster
Chief United States District Judge