IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil No. 2:11-cv-00246-GLL |
| ) | |
| DENNIS J. WILLIAMSON, ) | |
| et al. ) | |
| Defendants. ) | |

**ORDER GRANTING UNITED STATES' MOTION TO SUBSTITUTE PARTIES**

Before the Court is the United States' Motion to Substitute Parties. Upon consideration of the motion, any response thereto, and the Court being sufficiently advised, it is hereby

ORDERED that the United States' motion is GRANTED;

ORDERED that Commonwealth Land Title Insurance Company is substituted for defendant, Mortgage Electronic Recording Systems, Inc. as Nominee for the CIT Group/Consumer Finance, Inc.; and

ORDERED that Commonwealth Land Title Insurance Company is substituted for defendant, HSBC Bank, N.A. as Trustee for the Registered Holders of Nomura Home Equity Loan, Inc., Asset-Backed Certificates, Series 2006-HE3.

Dated: 7/31/12

_____
Chief United States District Judge