IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil No. 2:11-cv-00246-GLL |
| | ) | |
| DENNIS J. WILLIAMSON, | ) | |
| et al. | ) | |
| Defendants. | ) | |

## **ORDER**

AND NOW, this 9th day of March, 2013, upon consideration of the United States' Consent Motion to Postpone Status Conference [document #70], IT IS HEREBY ORDERED that the motion is GRANTED and the post-discovery status conference, currently scheduled for March 15, 2013, shall instead occur on Friday, May 3, 2013 at 11:00 A.M..

                                            s/Gary L. Lancaster
                                            _____
                                            HON. GARY L. LANCASTER,
                                             CHIEF UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record